Michael Zatopa (CSB #84219)
Laurene Bresnick (CSB #129891)
ZATOPA & STEPHENS
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone:  (415) 896-1400
Facsimile:  (415) 896-1403
E-mail:    mike@zatopastephens.com
           laurene@zatopastephens.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **SEBASTIAN HUERTA, CAROLINE BARWICK, and RUSSELL HUERTA,**<br><br>　　　　　**Plaintiffs;**<br><br>　　　　v.<br><br>**SAN FRANCISCO UNIFIED SCHOOL DISTRICT;**<br><br>　　　　　**Defendant.** | **Case No. CV 11-4817 CRB**<br><br>**STIPULATION FOR DISMISSAL, AND [PROPOSED] ORDER THEREON**<br><br>Federal Rule of Civil Procedure 41(a)(1)<br><br>*The Hon. Charles R. Breyer Presiding* |

　　　　Plaintiffs Sebastian Huerta, Caroline Barwick and Russell Huerta and Defendant San Francisco Unified School District, having entered into a Settlement Agreement resolving the above-captioned matter, hereby stipulate and respectfully request that the Court order as follows:

STIPULATED DISMISSAL

1

CV 11-4817 CRB

This action shall be dismissed, as to all claims, with prejudice, with each party bearing its own costs, expenses and attorney's fees.

**IT IS SO STIPULATED.**

Dated: February 17, 2012                ZATOPA & STEPHENS

By: /s/ Laurene B.Bresnick
    Laurene B. Bresnick
Attorneys for Plaintiffs Sebastian Huerta,
Caroline Barwick, and Russell Huerta

Dated:  February 17, 2012                LOZANO SMITH

By: /s/Daniel A. Osher
    Daniel A. Osher
Attorney for Defendant
San Francisco Unified School District

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:      February 21 , 2012        _____
Honorable Charles R. Breyer
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATED DISMISSAL

2

CV 11-4817 CRB

1

**General Order 45 Statement**

2

  I, Laurene B. Bresnick, herby attest, pursuant to N.D. Cal. General Order No. 45, that

3

concurrence to the filing of this document has been obtained from each signatory hereto.

4

5

           By: <u>/s/ Laurene B. Bresnick</u>

6

             Laurene B. Bresnick (CSB #129891)
             <u>laurene@zatopastephens.com</u>

7

             100 The Embarcadero Suite 200
             San Francisco, California 94105

8

             Telephone: (415) 896-1400
             Facsimile: (415) 896-1403

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28