Michael Zatopa (CSB #84219)
Laurene Bresnick (CSB #129891)
ZATOPA & STEPHENS
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone: (415) 896-1400
Facsimile: (415) 896-1403
E-mail: mike@zatopastephens.com
laurene@zatopastephens.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **SEBASTIAN HUERTA, CAROLINE BARWICK, and RUSSELL HUERTA,**<br><br>**Plaintiffs;**<br><br>v.<br><br>**SAN FRANCISCO UNIFIED SCHOOL DISTRICT;**<br><br>**Defendant.** | **Case No. CV 11-4817 CRB**<br><br>**STIPULATION FOR DISMISSAL, AND [PROPOSED] ORDER THEREON**<br><br>Federal Rule of Civil Procedure 41(a)(1)<br><br>*The Hon. Charles R. Breyer Presiding* |

Plaintiffs Sebastian Huerta, Caroline Barwick and Russell Huerta and Defendant San Francisco Unified School District, having entered into a Settlement Agreement resolving the above-captioned matter, hereby stipulate and respectfully request that the Court order as follows:

This action shall be dismissed, as to all claims, with prejudice, with each party bearing its own costs, expenses and attorney's fees.

**IT IS SO STIPULATED.**

Dated: February 17, 2012      ZATOPA & STEPHENS

By: /s/ Laurene B.Bresnick
    Laurene B. Bresnick
Attorneys for Plaintiffs Sebastian Huerta,
Caroline Barwick, and Russell Huerta


Dated:  February 17, 2012     LOZANO SMITH


By: /s/Daniel A. Osher
    Daniel A. Osher
Attorney for Defendant
San Francisco Unified School District


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:     February 21 , 2012     _____
                                  Honorable Charles R. Breyer
                                  UNITED STATES DISTRICT COURT JUDGE

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]

2
STIPULATED DISMISSAL
CV 11-4817 CRB

**General Order 45 Statement**

I, Laurene B. Bresnick, herby attest, pursuant to N.D. Cal. General Order No. 45, that concurrence to the filing of this document has been obtained from each signatory hereto.

> By: /s/ Laurene B. Bresnick
> Laurene B. Bresnick (CSB #129891)
> laurene@zatopastephens.com
> 100 The Embarcadero Suite 200
> San Francisco, California 94105
> Telephone: (415) 896-1400
> Facsimile: (415) 896-1403